# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Brenda L Bowdry | § | Case No. 14-15792 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/28/2014 . The undersigned trustee was appointed on 04/28/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 250,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 69,283.49 |
| Bank service fees | | 874.70 |
| Other payments to creditors | | 65,211.42 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 15,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 99,630.39 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  02/20/2015  and the deadline for filing governmental claims was  02/20/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 12,332.78 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 12,332.78 , for a total compensation of $ 12,332.78 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 59.00 , for total expenses of $ 59.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/25/2019               By:/s/Joji Takada, Chapter 7 Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-15792 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Brenda L Bowdry | | | | Date Filed (f) or Converted (c): | 04/28/2014 (f) |
| | | | | | 341(a) Meeting Date: | 06/16/2014 |
| For Period Ending: | 01/25/2019 | | | | Claims Bar Date: | 02/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Account  Chase checking account | 42.00 | 42.00 | | 0.00 | FA |
| 2. Personal Injury Lawsuit (u)  September 2011 lawsuit | 0.00 | 50,000.00 | OA | 0.00 | FA |
| 3. Personal Injury Lawsuit (u)  November 2013 lawsuit | 0.00 | 100,000.00 | | 250,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $42.00   $150,042.00   $250,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Correspondence sent to PI attorney re: nature/status of PI case. - Joji Takada 7/24/2014

Follow up with Debtor re: 007-L-007900 Case Type: PREMISES LIABILITY  WARREN SHARPE CENTER; Settled case in 2008  - Joji Takada 7/24/2014

Telephone conference with Attorney Kellogg re: two PI cases.  Kellogg to follow up with requested documents.  - Joji Takada 8/12/2014

Trustee to review status of two PI cases. - Joji Takada 12/30/2014

Demand made on defendant to settle case. - Joji Takada 4/16/2015

PI Attorney stated complaint filed; Defendant reviewing medical bills. - Joji Takada 10/6/2015

Monitoring PI litigation. - Joji Takada 12/22/2015

Monitoring PI litigation. - Joji Takada 2/21/2015

Monitoring PI litigation. - Joji Takada 6/2/2015

Followd up with special counsel; Monitoring PI litigation. - Joji Takada 9/2/2015

Case transferred to Will County; Settlement discussions ongoing; Discovery still ongoing. - Joji Takada 12/20/2016

Settlement discussions ongoing; Discovery still ongoing. - Joji Takada 3/2/2017

Settlement discussions ongoing; Discovery still ongoing. - Joji Takada 9/20/2017

Mediation scheduled for December 2017. - Joji Takada 11/15/2017

Negotiating settlement of litigation.  - Joji Takada 12/13/2017

Negotiating settlement of litigation.  - Joji Takada 3/28/2018

Negotiating medical liens. - Joji Takada 8/17/2018

Approve compromise and lien payments. - Joji Takada 10/18/2018

Upon clearance of all medial lien payments, will prepare TFR for UST review. - Joji Takada 12/26/2018


Initial Projected Date of Final Report (TFR): 04/28/2016         Current Projected Date of Final Report (TFR): 06/30/2019

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-15792 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Brenda L Bowdry | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0692 |
| | Checking |
| Taxpayer ID No: XX-XXX2636 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/25/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/07/18 | | Dennis J Kellogg PC | Settlement payment | | $235,000.00 | | $235,000.00 |
| | | | Gross Receipts $250,000.00 | | | | |
| | | Brenda Bowdry | Exemption ($15,000.00) | 8100-002 | | | |
| | 3 | | Personal Injury Lawsuit $250,000.00 | 1242-000 | | | |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $236.61 | $234,763.39 |
| 10/17/18 | 1012 | Advanced Physicians 1601 Weber Road Crest Hill, IL 60403 Attn: Billing | Distribution Reversal Incorrect payee; Void check in file. | 4220-000 | | ($1,750.00) | $236,513.39 |
| 10/17/18 | 1001 | Kellogg, Dennis J Law Offices of Dennis J Kellogg 105 W. Madison, Suite 1300 Chicago, IL 60602 | Distribution Special counsel fees and costs | | | $69,283.49 | $167,229.90 |
| | | Kellogg, Dennis J | ($62,500.00) | 3210-000 | | | |
| | | Kellogg, Dennis J | ($6,783.49) | 3220-000 | | | |
| 10/17/18 | 1002 | Hospital, St. Francis c/o Neil J Greene 250 Parkway Drive, Suite 160 Lincolnshire, IL 60069 | Distribution Medical lien claimant | 4220-000 | | $13,500.00 | $153,729.90 |
| 10/17/18 | 1003 | Glenview Terrace Nursing Center 1511 Greenwood Road Glenview, IL 60026 Attn: Billing | Distribution Medical lien claimant | 4220-000 | | $10,000.00 | $143,729.90 |
| 10/17/18 | 1004 | G&T Orthopedics 1200 S York Rd, Suite 4190 Elmhurst, IL 60126 Attn: Billing | Distribution Medical lien claimant | 4220-000 | | $300.00 | $143,429.90 |
| 10/17/18 | 1005 | Prescription Partners LLC PO Box 166363 Miami, FL 33116-6363 Attn: Billing | Distribution Medical lien claimant | 4220-000 | | $250.00 | $143,179.90 |
| 10/17/18 | 1006 | Pain Center of Illinois 830 N Ashland Ave, Chicago, IL 60622 Attn: Billing | Distribution Medical lien claimant | 4220-000 | | $7,500.00 | $135,679.90 |

Page Subtotals: $235,000.00   $99,320.10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-15792 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Brenda L Bowdry | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0692 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2636 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/25/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/17/18 | 1007 | Illinois Back and Neck<br>360 W Butterfield Rd Suite 100<br>Elmhurst, IL 60126<br>Attn: Billing | Distribution<br>Medical lien claimant | 4220-000 | | $12,000.00 | $123,679.90 |
| 10/17/18 | 1008 | Ashland Medical Specialists<br>830 N Ashland Av<br>Chicago, IL 60622<br>Attn: Billing | Distribution<br>Medical lien claimant | 4220-000 | | $2,100.00 | $121,579.90 |
| 10/17/18 | 1009 | Great Lakes Rehabilitation Services Inc.<br>2649 N Laramie Ave<br>Chicago, IL 60639<br>Attn: Billing | Distribution<br>Medical lien claimant | 4220-000 | | $2,000.00 | $119,579.90 |
| 10/17/18 | 1010 | Austin Anesthesia<br>PO Box 570<br>Lake Forest, IL 60045<br>Attn: Billing | Distribution<br>Medical lien claimant | 4220-000 | | $750.00 | $118,829.90 |
| 10/17/18 | 1011 | Neurological Surgery and Spine<br>c/o Precision Services<br>PO Box 716<br>Beecher, IL 60401-0716<br>Attn: Billing | Distribution<br>Medical lien claimant | 4220-000 | | $275.00 | $118,554.90 |
| 10/17/18 | 1012 | Advanced Physicians<br>1601 Weber Road<br>Crest Hill, IL 60403<br>Attn: Billing | Distribution<br>Medical lien claimant | 4220-000 | | $1,750.00 | $116,804.90 |
| 10/17/18 | 1013 | Advanced Physicians<br>1601 Weber Road<br>Crest Hill, IL 60403<br>Attn: Billing | Distribution<br>Medical lien claimant | 4220-000 | | $1,750.00 | $115,054.90 |
| 10/17/18 | 1014 | ATI Physical Therapy<br>790 Remington Blvd<br>Bolingbrook, IL 60440<br>Attn: Miriam Juarez | Distribution<br>Medical lien claimant | 4220-000 | | $8,000.00 | $107,054.90 |
| 10/17/18 | 1015 | Premier Physical Therapy<br>1441 Essington Road<br>Joliet, IL 60435<br>Attn: Billing | Distribution<br>Medical lien claimant | 4220-000 | | $1,605.00 | $105,449.90 |
| 10/17/18 | 1016 | Orthopedic and Rehabilitation Center<br>5616 N Western Ave<br>Chicago, IL 60659<br>Attn: Billing | Distribution<br>Medical lien claimant | 4220-000 | | $1,931.42 | $103,518.48 |

Page Subtotals: $0.00    $32,161.42

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**   Exhibit B

| Case No: | 14-15792 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Brenda L Bowdry | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0692 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2636 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/25/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/17/18 | 1017 | Dr. A. Zofakis, MD<br>5783 Lincoln Avenue<br>Chicago, IL 60659 | Distribution<br>Medical lien claimant | 4220-000 | | $500.00 | $103,018.48 |
| 10/17/18 | 1018 | SKAN National Radiology Creditors Trust<br>c/o Rally Capital Services LLC<br>350 N Lasalle, Suite 1100<br>Chicago, IL 60654 | Distribution<br>Medical lien claimant | 4220-000 | | $1,000.00 | $102,018.48 |
| 10/17/18 | 1019 | Ronald Silver MD/Northshore Orthopedics<br>205 W Randolph St #720,<br>Chicago, IL 60606<br>Attn: Billing | Distribution<br>Medical lien claimant | 4220-000 | | $1,750.00 | $100,268.48 |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $317.11 | $99,951.37 |
| 12/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $158.34 | $99,793.03 |
| 01/08/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $162.64 | $99,630.39 |
| 01/17/19 | 1015 | Premier Physical Therapy<br>1441 Essington Road<br>Joliet, IL 60435<br>Attn: Billing | Distribution Reversal<br>Medical lien claimant; Received updated address for claimant; Stopped payment on check and reissuing to updated address. | 4220-000 | | ($1,605.00) | $101,235.39 |
| 01/18/19 | 1020 | Premier Physical Therapy<br>Premier Therapy LLC<br>570 Village Center Drive Unit 205<br>Burr Ridge, IL 60527<br>Attn: Krystal Leonard | Distribution<br>Medical lien claimant negotiated payment | 4220-000 | | $1,605.00 | $99,630.39 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $235,000.00 | $135,369.61 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $235,000.00 | $135,369.61 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $235,000.00 | $135,369.61 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $3,888.09 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit B

### TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0692 - Checking | $235,000.00 | $135,369.61 | $99,630.39 |
|  | $235,000.00 | $135,369.61 | $99,630.39 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $15,000.00 |
|---|---|
| Total Net Deposits: | $235,000.00 |
| Total Gross Receipts: | $250,000.00 |

Page Subtotals:            $0.00            $0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 14-15792  
Debtor Name: Brenda L Bowdry  
Claims Bar Date: 2/20/2015  

Date: January 25, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $12,332.78 | $12,332.78 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $59.00 | $59.00 |
| 100 3210 | Dennis J Kellogg<br>Law Offices of Dennis J Kellogg<br>105 W. Madison, Suite 1300<br>Chicago, IL 60602 | Administrative | | $0.00 | $62,500.00 | $62,500.00 |
| 100 3220 | Dennis J Kellogg<br>Law Offices of Dennis J Kellogg<br>105 W. Madison, Suite 1300<br>Chicago, IL 60602 | Administrative | | $0.00 | $6,783.49 | $6,783.49 |
| 1 300 7100 | U. S. Department Of Education<br>C/O Fedloan Servicing<br>P. O. Box 69184<br>Harrisburg, Pa 17106-9184 | Unsecured | | $0.00 | $24,451.36 | $24,451.36 |
| 2 350 7200 | Illinois Physicians Network, Llc<br>8725 W. Higgins Rd.<br>Suite 110<br>Chicago, Il 60631<br>Chicago, Il 60631 | Unsecured | | $0.00 | $9,266.70 | $9,266.70 |
| 400 4220 | Advanced Physicians<br>1601 Weber Road<br>Crest Hill, IL 60403<br>Attn: Billing | Secured | | $0.00 | $1,750.00 | $1,750.00 |
| 400 4220 | Ashland Medical Specialists<br>830 N Ashland Av<br>Chicago, IL 60622<br>Attn: Billing | Secured | | $0.00 | $2,100.00 | $2,100.00 |
| 400 4220 | ATI Physical Therapy<br>790 Remington Blvd<br>Bolingbrook, IL 60440<br>Attn: Miriam Juarez | Secured | | $0.00 | $8,000.00 | $8,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-15792　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: January 25, 2019
Debtor Name: Brenda L Bowdry
Claims Bar Date: 2/20/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 400 4220 | Austin Anesthesia<br>PO Box 570<br>Lake Forest, IL 60045<br>Attn: Billing | Secured | | $0.00 | $750.00 | $750.00 |
| 400 4220 | Dr. A. Zofakis, MD<br>5783 Lincoln Avenue<br>Chicago, IL 60659 | Secured | | $0.00 | $500.00 | $500.00 |
| 400 4220 | ERMI | Secured | Claim disallowed per state court order. - Joji Takada 10/17/2018 | $0.00 | $12,909.00 | $0.00 |
| 400 4220 | G&T Orthopedics<br>1200 S York Rd, Suite 4190<br>Elmhurst, IL 60126<br>Attn: Billing | Secured | | $0.00 | $300.00 | $300.00 |
| 400 4220 | Glenview Terrace Nursing Center<br>1511 Greenwood Road<br>Glenview, IL 60026<br>Attn: Billing | Secured | | $0.00 | $10,000.00 | $10,000.00 |
| 400 4220 | Great Lakes Rehabilitation Services Inc.<br>2649 N Laramie Ave<br>Chicago, IL 60639<br>Attn: Billing | Secured | | $0.00 | $2,000.00 | $2,000.00 |
| 400 4220 | Illinois Back and Neck<br>360 W Butterfield Rd Suite 100<br>Elmhurst, IL 60126<br>Attn: Billing | Secured | | $0.00 | $12,000.00 | $12,000.00 |
| 400 4220 | Neurological Surgery and Spine<br>c/o Precision Services<br>PO Box 716<br>Beecher, IL 60401-0716<br>Attn: Billing | Secured | | $0.00 | $275.00 | $275.00 |
| 400 4220 | Orthopedic and Rehabilitation Center<br>5616 N Western Ave<br>Chicago, IL 60659<br>Attn: Billing | Secured | | $0.00 | $1,931.42 | $1,931.42 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 14-15792  
Debtor Name: Brenda L Bowdry  
Claims Bar Date: 2/20/2015  

Date: January 25, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 400 4220 | Pain Center of Illinois<br>830 N Ashland Ave,<br>Chicago, IL 60622<br>Attn: Billing | Secured | | $0.00 | $7,500.00 | $7,500.00 |
| 400 4220 | Premier Physical Therapy<br>Premier Therapy LLC<br>570 Village Center Drive<br>Unit 205<br>Burr Ridge, IL 60527<br>Attn: Krystal Leonard | Secured | | $0.00 | $1,605.00 | $1,605.00 |
| 400 4220 | Prescription Partners LLC<br>PO Box 166363<br>Miami, FL 33116-6363<br>Attn: Billing | Secured | | $0.00 | $250.00 | $250.00 |
| 400 4220 | Ronald Silver MD/Northshore Orthopedics<br>205 W Randolph St #720,<br>Chicago, IL 60606<br>Attn: Billing | Secured | | $0.00 | $1,750.00 | $1,750.00 |
| 400 4220 | SKAN National Radiology Creditors Trust<br>c/o Rally Capital Services LLC<br>350 N Lasalle, Suite 1100<br>Chicago, IL 60654 | Secured | | $0.00 | $1,000.00 | $1,000.00 |
| 400 4220 | St. Francis Hospital<br>c/o Neil J Greene<br>250 Parkway Drive, Suite 160<br>Lincolnshire, IL 60069 | Secured | | $0.00 | $13,500.00 | $13,500.00 |
| | Case Totals | | | $0.00 | $193,513.75 | $180,604.75 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Case Number: 14-15792  
Debtor Name: Bowdry, Brenda L

Date: January 25, 2019  
PROPOSED DISTRIBUTION with INTEREST

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | | | | $99,630.39 |
| | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | 100 | $12,332.78 | $0.00 | $12,332.78 | $12,332.78 | $0.00 | $0.00 | $12,332.78 | $87,297.61 |
| | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | 100 | $59.00 | $0.00 | $59.00 | $59.00 | $0.00 | $0.00 | $59.00 | $87,238.61 |
| | Dennis J Kellogg<br>Law Offices of Dennis J Kellogg<br>105 W. Madison, Suite 1300<br>Chicago, IL 60602 | Administrative | 100 | $62,500.00 | $62,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $87,238.61 |
| | Dennis J Kellogg<br>Law Offices of Dennis J Kellogg<br>105 W. Madison, Suite 1300<br>Chicago, IL 60602 | Administrative | 100 | $6,783.49 | $6,783.49 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $87,238.61 |
| | Subtotals for Class Administrative 100.00% | | | $81,675.27 | $69,283.49 | $12,391.78 | $12,391.78 | $0.00 | $0.00 | $12,391.78 | |
| 1 | U. S. Department Of Education<br>C/O Fedloan Servicing<br>P. O. Box 69184<br>Harrisburg, Pa 17106-9184 | Unsecured | 300 | $24,451.36 | $0.00 | $24,451.36 | $24,451.36 | $0.00 | $127.78 | $24,579.14 | $62,659.47 |
| 2 | Illinois Physicians Network, Llc<br>8725 W. Higgins Rd.<br>Suite 110<br>Chicago, Il 60631<br>Chicago, Il 60631 | Unsecured | 350 | $9,266.70 | $0.00 | $9,266.70 | $9,266.70 | $0.00 | $48.43 | $9,315.13 | $53,344.34 |
| | Brenda L Bowdry<br>2361 BICENTENNIAL<br>CREST HILL, IL 60403 | Unsecured | 999 | $53,344.34 | $0.00 | $53,344.34 | $53,344.34 | $0.00 | $0.00 | $53,344.34 | $0.00 |
| | Subtotals for Class Unsecured 100.20% | | | $87,062.40 | $0.00 | $87,062.40 | $87,062.40 | $0.00 | $176.21 | $87,238.61 | |
| | St. Francis Hospital<br>c/o Neil J Greene<br>250 Parkway Drive, Suite 160<br>Lincolnshire, IL 60069 | Secured | 400 | $13,500.00 | $13,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Case Number: 14-15792  
Debtor Name: Bowdry, Brenda L

Date: January 25, 2019

PROPOSED DISTRIBUTION with INTEREST

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Glenview Terrace Nursing Center<br>1511 Greenwood Road<br>Glenview, IL 60026<br>Attn: Billing | Secured | 400 | $10,000.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | G&T Orthopedics<br>1200 S York Rd, Suite 4190<br>Elmhurst, IL 60126<br>Attn: Billing | Secured | 400 | $300.00 | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Prescription Partners LLC<br>PO Box 166363<br>Miami, FL 33116-6363<br>Attn: Billing | Secured | 400 | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Pain Center of Illinois<br>830 N Ashland Ave,<br>Chicago, IL 60622<br>Attn: Billing | Secured | 400 | $7,500.00 | $7,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Illinois Back and Neck<br>360 W Butterfield Rd Suite 100<br>Elmhurst, IL 60126<br>Attn: Billing | Secured | 400 | $12,000.00 | $12,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ashland Medical Specialists<br>830 N Ashland Av<br>Chicago, IL 60622<br>Attn: Billing | Secured | 400 | $2,100.00 | $2,100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Great Lakes Rehabilitation Services Inc.<br>2649 N Laramie Ave<br>Chicago, IL 60639<br>Attn: Billing | Secured | 400 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Austin Anesthesia<br>PO Box 570<br>Lake Forest, IL 60045<br>Attn: Billing | Secured | 400 | $750.00 | $750.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Case Number: 14-15792

Debtor Name: Bowdry, Brenda L

Date: January 25, 2019

PROPOSED DISTRIBUTION with INTEREST

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Neurological Surgery and Spine c/o Precision Services PO Box 716 Beecher, IL 60401-0716 Attn: Billing | Secured | 400 | $275.00 | $275.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Advanced Physicians 1601 Weber Road Crest Hill, IL 60403 Attn: Billing | Secured | 400 | $1,750.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ATI Physical Therapy 790 Remington Blvd Bolingbrook, IL 60440 Attn: Miriam Juarez | Secured | 400 | $8,000.00 | $8,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ronald Silver MD/Northshore Orthopedics 205 W Randolph St #720, Chicago, IL 60606 Attn: Billing | Secured | 400 | $1,750.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Premier Physical Therapy Premier Therapy LLC 570 Village Center Drive Unit 205 Burr Ridge, IL 60527 Attn: Krystal Leonard | Secured | 400 | $1,605.00 | $1,605.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Orthopedic and Rehabilitation Center 5616 N Western Ave Chicago, IL 60659 Attn: Billing | Secured | 400 | $1,931.42 | $1,931.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Dr. A. Zofakis, MD 5783 Lincoln Avenue Chicago, IL 60659 | Secured | 400 | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Case Number: 14-15792  
Debtor Name: Bowdry, Brenda L

Date: January 25, 2019  
PROPOSED DISTRIBUTION with INTEREST

Proposed Distribution

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | SKAN National Radiology Creditors Trust c/o Rally Capital Services LLC 350 N Lasalle, Suite 1100 Chicago, IL 60654 | Secured | 400 | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | ERMI | Secured | 400 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Subtotals for Class Secured 100.00% |  |  |  | $65,211.42 | $65,211.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  |
| Totals |  |  |  | $233,949.09 | $134,494.91 | $99,454.18 | $99,454.18 | $0.00 | $176.21 | $99,630.39 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.  
Interest calculated using 0.11% interest from 04/28/2014 to 01/25/2019.

Date Printed 1/25/2019 2:42:33 PM

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-15792
Case Name: Brenda L Bowdry
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand    $    99,630.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | St. Francis Hospital | $ 13,500.00 | $ 13,500.00 | $ 13,500.00 | $ 0.00 |
| | Glenview Terrace Nursing Center | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 0.00 |
| | G&T Orthopedics | $ 300.00 | $ 300.00 | $ 300.00 | $ 0.00 |
| | Prescription Partners LLC | $ 250.00 | $ 250.00 | $ 250.00 | $ 0.00 |
| | Pain Center of Illinois | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | $ 0.00 |
| | Illinois Back and Neck | $ 12,000.00 | $ 12,000.00 | $ 12,000.00 | $ 0.00 |
| | Ashland Medical Specialists | $ 2,100.00 | $ 2,100.00 | $ 2,100.00 | $ 0.00 |
| | Austin Anesthesia | $ 750.00 | $ 750.00 | $ 750.00 | $ 0.00 |
| | Neurological Surgery and Spine | $ 275.00 | $ 275.00 | $ 275.00 | $ 0.00 |
| | Advanced Physicians | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 0.00 |
| | ATI Physical Therapy | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 0.00 |
| | Ronald Silver MD/Northshore Orthopedics | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Orthopedic and Rehabilitation Center | $ 1,931.42 | $ 1,931.42 | $ 1,931.42 | $ 0.00 |
| | Dr. A. Zofakis, MD | $ 500.00 | $ 500.00 | $ 500.00 | $ 0.00 |
| | SKAN National Radiology Creditors Trust | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 0.00 |
| | Great Lakes Rehabilitation Services Inc. | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 0.00 |
| | Premier Physical Therapy | $ 1,605.00 | $ 1,605.00 | $ 1,605.00 | $ 0.00 |
| | ERMI | $ 12,909.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors                                     $_____0.00

Remaining Balance                                                        $_____99,630.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 12,332.78 | $ 0.00 | $ 12,332.78 |
| Trustee Expenses: Joji Takada | $ 59.00 | $ 0.00 | $ 59.00 |
| Attorney for Trustee Fees: Dennis J Kellogg | $ 62,500.00 | $ 62,500.00 | $ 0.00 |
| Attorney for Trustee Expenses: Dennis J Kellogg | $ 6,783.49 | $ 6,783.49 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses             $_____12,391.78

Remaining Balance                                                        $_____87,238.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,451.36  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | U. S. Department Of Education | $ 24,451.36 | $ 0.00 | $ 24,451.36 |
| | Total to be paid to timely general unsecured creditors | | | $ 24,451.36 |
| | Remaining Balance | | | $ 62,787.25 |

Tardily filed claims of general (unsecured) creditors totaling $ 9,266.70  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  100.0  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Illinois Physicians Network, Llc | $ 9,266.70 | $ 0.00 | $ 9,266.70 |
| | Total to be paid to tardy general unsecured creditors | | | $ 9,266.70 |
| | Remaining Balance | | | $ 53,520.55 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 176.21 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 53,344.34 .

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*